DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LARRY D. BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-713

_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Larry D. Brown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Lydon William
Schultz, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.